# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEMIER DORTCH, | ) | Case No. CV 14-2229 PSG (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| D.K. JOHNSON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: April 25, 2014

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE